No. 84–6507. CALVERT *v.* SHARP. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. 

No. 84–6250. MILTON *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 1030;

No. 84–6311. MITCHELL *v.* MEESE, ATTORNEY GENERAL, *ante*, p. 1021; and

No. 84–6340. DAY *v.* AMOCO CHEMICALS CORP., *ante*, p. 1056. Petitions for rehearing denied.

No. 84–5564. DANO *v.* SZOMBATHY, 469 U. S. 1219. Petition for rehearing denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

JUNE 3, 1985

No. 84–1609. MURPHY ET AL. *v.* PENNSYLVANIA HUMAN RELATIONS COMMISSION ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. 

No. 84–1763. WALBER, DBA WALBER CONSTRUCTION CO. *v.* UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.